David A. Van Riper (SBN 128059)
   dave@vanriperlaw.com
VAN RIPER LAW
1254 Irvine Boulevard, Suite 200
Tustin, California 92780-3571
Phone: (714) 731-1800
Fax: (714) 731-1811

Scott H. Heitmann (SBN 162447)
   sheitmannlaw@sbcglobal.net
LAW OFFICES OF SCOTT HEITMANN
20271 SW Birch Street, Suite 100
Newport Beach, CA 92660
Phone: (949) 474-2221
Fax: (949) 474-4499

Attorneys for Defendant EaglePhillips, LLC,
a Florida limited liability company
doing business as Merchant Cash Cloud

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JASON ALAN, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br>vs.<br><br>MERCHANT CASH CLOUD,<br><br>              Defendants. | Case No.: 2:15-cv-04500 SVW (MRWx)<br><br>Action Filed : 06-15-2015<br>Pre-Trial Date: [TBD]<br>Trial Date: [TBD]<br><br>**ANSWER TO COMPLAINT BY DEFENDANT EAGLEPHILLIPS, LLC, A FLORIDA LIMITED LIABILITY COMPANY DOING BUSINESS AS MERCHANT CASH CLOUD**<br><br>**DEMAND FOR JURY TRIAL**<br><br>[Filed Concurrently With:<br>  - Notice of Interested Parties; and<br>  - Corporate Disclosures] |



Defendant, EAGLEPHILLIPS, LLC, a Florida limited liability company doing business as MERCHANT CASH CLOUD ("Defendant"), hereby answers the Complaint on file herein as follows:

## NATURE OF THE CASE

**Answer to Paragraph 1:**  This answering Defendant denies the allegations contained in this paragraph.

## JURIDICTION AND VENUE

**Answer to Paragraph 2:**  This answering Defendant is without sufficient information to admit or deny the allegations and, based thereon, denies the allegations contained in this paragraph.

**Answer to Paragraph 3:**  This answering Defendant is without sufficient information to admit or deny the allegations and, based thereon, denies the allegations contained in this paragraph.

## PARTIES

**Answer to Paragraph 4:**  This answering Defendant is without sufficient information to admit or deny the allegations and, based thereon, denies the allegations contained in this paragraph.

**Answer to Paragraph 5:**  This answering Defendant denies the allegations contained in this paragraph.

## FACTUAL ALLEGATIONS

**Answer to Paragraph 6:**  This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 7:**  This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 8:**  This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 9:**  This answering Defendant is without sufficient information to admit or deny the allegations and, based thereon, denies the allegations contained in this paragraph.

**Answer to Paragraph 10:**  This answering Defendant is without sufficient information to admit or deny the allegations and, based thereon, denies the allegations contained in this paragraph.

**Answer to Paragraph 11:**  This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 12:**  This answering Defendant is without sufficient information to admit or deny the allegations and, based thereon, denies the allegations contained in this paragraph.

**Answer to Paragraph 13:** This answering Defendant is without sufficient information to admit or deny the allegations and, based thereon, denies the allegations contained in this paragraph.

## CLASS ALLEGATIONS

**Answer to Paragraph 14:** This answering Defendant is without sufficient information to admit or deny the allegations and, based thereon, denies the allegations contained in this paragraph.

**Answer to Paragraph 15:** This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 16:** This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 17:** This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 18:** This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 19:** This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 20:** This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 21:**  This answering Defendant is without sufficient information to admit or deny the allegations and, based thereon, denies the allegations contained in this paragraph.

**Answer to Paragraph 22:**  This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 23:**  This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 24:**  This answering Defendant denies the allegations contained in this paragraph.

## FIRST CAUSE OF ACTION

**Answer to Paragraph 25:**  This answering Defendant repeats its answers in Paragraphs 1 through 24, above, and incorporates them herein by this reference.

**Answer to Paragraph 26:**  This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 27:**  This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 28:**  This answering Defendant denies the allegations contained in this paragraph.

## SECOND CAUSE OF ACTION

**Answer to Paragraph 29:**  This answering Defendant repeats its answers in Paragraphs 1 through 28, above, and incorporates them herein by this reference.

**Answer to Paragraph 30:**  This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 31:**  This answering Defendant denies the allegations contained in this paragraph.

**Answer to Paragraph 32:**  This answering Defendant denies the allegations contained in this paragraph.

## PRAYER FOR RELIEF

The Prayer for Relief does not contain allegations of law or fact that require a response from this answering Defendant. To the extent that an answer is required, this answering Defendant denies the allegations of the Prayer for Relief. WHEREFORE, this answering Defendant denies that Plaintiff and the putative class members are entitled to any relief whatsoever and respectfully requests judgment dismissing the Complaint with prejudice and with such costs and attorneys' fees as may be allowed by law and any further relief the Court deems appropriate.



# AFFIFRMATIVE DEFENSES

In addition, and for its affirmative defenses, this answering Defendant alleges as follows:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim Upon Which Relief May be Granted)

1.  First, separate, affirmative defense, this answering Defendant alleges that the Complaint, and each and every cause of action contained therein, fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE
### (Estoppel)

2.  Second, separate, affirmative defense, this answering Defendant states it is informed and believes, and thereon alleges, that Plaintiff and the putative class members, through their conduct, approved, authorized and/or ratified Defendant's actions and are, accordingly, estopped from seeking recovery herein.

## THIRD AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

3.  Third, separate, affirmative defense, this answering Defendant states that Plaintiff's, and that of the putative class members, action is barred by their failure to properly mitigate their damages.



## FOURTH AFFIRMATIVE DEFENSE
### (Waiver of Rights)

4. Fourth, separate, affirmative defense, this answering Defendant states that, it is informed and believes, and thereon alleges, that Plaintiff and the putative class members, by their conduct, have waived any and all rights they may have had against this answering Defendant.

## FIFTH AFFIRMATIVE DEFENSE
### (Lack of Jurisdiction)

5. Fifth, separate, affirmative defense, this answering Defendant alleges that this Court lacks subject matter jurisdiction over the Complaint.

## SIXTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

6. Sixth, separate, affirmative defense, this answering Defendant alleges that Plaintiff and the putative class members are guilty of unclean hands, and are therefore precluded from recovery herein.

## SEVENTH AFFIRMATIVE DEFENSE
### (Laches)

7. Seventh, separate, affirmative defense, this answering Defendant alleges that certain of Plaintiff's claims, and that of the putative class members, are subject to the doctrine of laches.



### EIGHTH AFFIRMATIVE DEFENSE
### (Statute Of Limitations)

8. Eighth, separate, affirmative defense, this answering Defendant alleges that the Complaint is barred by the applicable statutes of limitations, including, but not limited to, Code of Civil Procedure Sections, 337, 338, 339 and 340.

### NINTH AFFIRMATIVE DEFENSE
### (Fraud)

9. Ninth, separate, affirmative defense, this answering Defendant alleges that it is informed and believes, and thereon alleges, that Plaintiff and the putative class members are barred from any recovery because of their own fraudulent conduct in dealing with Defendant.

### TENTH AFFIRMATIVE DEFENSE
### (Negligence)

10. Tenth, separate, affirmative defense, this answering Defendant alleges that Plaintiff's, and that of the putative class members, damages, if any, are a result of their own actions, negligence, mismanagement and courses of conduct, or the actions, negligence, mismanagement and courses of conduct of others.

### ELEVENTH AFFIRMATIVE DEFENSE
### (Justification)

11. Eleventh, separate, affirmative defense, this answering Defendant alleges that Defendant's acts or omissions, if any, were excused and/or justified.



## TWELFTH AFFIRMATIVE DEFENSE
### (Consent)

12. Twelfth, separate, affirmative defense, this answering Defendant alleges that the Complaint, and each and every alleged cause of action therein are barred, in whole or in part, because Plaintiff and the putative class members consented to the conduct about which they now complain.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Lack Of Standing)

13. Thirteenth, separate, affirmative defense, this answering Defendant alleges that Plaintiff and the putative class members lack standing to bring their claims as to all or a portion of the claims alleged in the Complaint.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (No Class Action)

14. Fourteenth, separate, affirmative defense, this answering Defendant alleges that this suit may not be properly maintained as a class action because: (1) Plaintiff and the putative class members have failed to plead, and cannot establish the necessary procedural elements for class treatment; (2) a class action is not an appropriate method for the fair and efficient adjudication of the claims described in the Complaint; (3) common issues of fact and law do not predominate; to the contrary, individual issues predominate; (4) Plaintiff's claims are not representative or typical of the claims of the putative class; (5) Plaintiff is not a proper class representative; (6) the named Plaintiff, and alleged putative class counsel are not adequate representatives for the alleged putative class; (7) Plaintiff cannot satisfy

any of the requirements for class action treatment, and class action treatment is neither appropriate nor constitutional; (8) there is not a well-defined community of interest in the questions of law or fact affecting Plaintiff, and the putative class members; and (9) the alleged putative class is not numerous, ascertainable, nor are its members identifiable.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Defenses Apply to Putative Class)

15. Fifteenth, separate, affirmative defense, this answering Defendant opposes class certification and disputes the propriety of class treatment. If the court certifies a class in this case over this answering Defendant's objections, then Defendant asserts the affirmative defenses set forth herein against each and every member of the certified class.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (Right to Trial by Jury)

16. Sixteenth, separate, affirmative defense, this answering Defendant alleges that the adjudication of the claims of the putative class through generalized classwide proof violates Defendant's right to trial by jury guaranteed by the United States and California Constitutions.

### SEVENTEENTH AFFIRMATIVE DEFENSE
### (Due Process)

17. Seventeenth, separate, affirmative defense, this answering Defendant alleges that, to the extent that Plaintiffs and the putative class members claim penalties, such claims must comport with due process requirements.

### EIGHTEENTH AFFIRMATIVE DEFENSE
### (Failure To State: Injunctive Relief)

18. Eighteenth, separate, affirmative defense, this answering Defendant alleges that the Complaint, and each and every alleged cause of action therein fails to properly state a claim for injunctive relief.

### NINETEENTH AFFIRMATIVE DEFENSE
### (Failure To Exhaust Remedies)

19. Nineteenth, separate, affirmative defense, this answering Defendant alleges that Plaintiff, and the putative class members, are not entitled to equitable relief insofar as they have adequate remedies at law.

### TWENTIETH AFFIRMATIVE DEFENSE
### (Reservation Of Right To Assert Or Delete Affirmative Defenses)

20. Twentieth, separate, affirmative defense, this answering Defendant states it does not presently know all facts concerning the conduct of Plaintiff, and the putative class members, and their claims, sufficient to state all affirmative defenses at this time. Defendant will seek leave of this Court to amend this answer



should it later discover facts demonstrating the existence of additional affirmative defenses.

## PRAYER FOR RELIEF

WHEREFORE, having fully answered the Complaint herein, Defendant prays as follows:

1) Plaintiff, and the putative class members, take nothing by way of their Complaint;

2) These answering Defendants be awarded Judgment, including attorneys' fees and costs of suit incurred herein;

3) For such other and further relief as this Court deems just and proper; and

4) Defendant hereby demands a jury trial in this matter.

Dated: July 31, 2015                    VAN RIPER LAW

By:    /s/ DAVID A. VAN RIPER
DAVID A. VAN RIPER
Attorneys for Defendant
EaglePhillips, LLC,
a Florida limited liability company
doing business as Merchant Cash Cloud