| | |
|---|---|
| 1 | David A. Van Riper (SBN 128059) |
| 2 | dave@vanriperlaw.com<br>VAN RIPER LAW |
| 3 | 1254 Irvine Boulevard, Suite 200<br>Tustin, California 92780-3571 |
| 4 | Phone:  (714) 731-1800<br>Fax:  (714) 731-1811 |
| 5 | |
| 6 | Scott H. Heitmann (SBN 162447)<br>sheitmannlaw@sbcglobal.net |
| 7 | LAW OFFICES OF SCOTT HEITMANN<br>20271 SW Birch Street, Suite 100 |
| 8 | Newport Beach, CA 92660<br>Phone:  (949) 474-2221 |
| 9 | Fax:  (949) 474-4499 |
| 10 | |
| 11 | Attorneys for Defendant EaglePhillips, LLC,<br>a Florida limited liability company |
| 12 | doing business as Merchant Cash Cloud |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JASON ALAN, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>MERCHANT CASH CLOUD,<br><br>            Defendants. | Case No.: 2:15-cv-04500 SVW (MRWx)<br><br>Action Filed : 06-15-2015<br>Pre-Trial Date: [TBD]<br>Trial Date: [TBD]<br><br>**NOTICE OF INTERESTED PARTIES BY DEFENDANT EAGLEPHILLIPS, LLC, A FLORIDA LIMITED LIABILITY COMPANY DOING BUSINESS AS MERCHANT CASH CLOUD**<br><br>[Filed Concurrently With:<br>  -   Answer to Complaint; and<br>  -   Corporate Disclosures] |



Case No.: 2:15-cv-04500 SVW (MRWx)

TO THE COURT, TO THE PLAINTIFF AND PUTITIVE CLASS MEMBERS, THEIR ATTORNEYS OF RECORD, AND ALL OTHER INTERESTED PARTIES HEREIN:

PLEASE TAKE NOTICE that the undersigned counsel of record for Defendant EaglePhillips, LLC, a Florida limited liability company doing business as Merchant Cash Cloud ("Defendant"), hereby certifies that other than the named parties, Defendant is unaware of any other parties that may have a direct, pecuniary interest in the outcome of this case.

These representations are made in enable the Court to evaluate possible disqualification or recusal.

Dated: July 31, 2015				VAN RIPER LAW

						By:	*/s/ DAVID A. VAN RIPER*
							DAVID A. VAN RIPER
							Attorneys for Defendant
							EaglePhillips, LLC,
							a Florida limited liability company
							doing business as Merchant Cash Cloud