David A. Van Riper (SBN 128059)
    dave@vanriperlaw.com
VAN RIPER LAW
1254 Irvine Boulevard, Suite 200
Tustin, California 92780-3571
Phone:  (714) 731-1800
Fax:  (714) 731-1811

Scott H. Heitmann (SBN 162447)
    sheitmannlaw@sbcglobal.net
LAW OFFICES OF SCOTT HEITMANN
20271 SW Birch Street, Suite 100
Newport Beach, CA 92660
Phone:  (949) 474-2221
Fax:  (949) 474-4499

Attorneys for Defendant EaglePhillips, LLC,
a Florida limited liability company
doing business as Merchant Cash Cloud

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JASON ALAN, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>vs.<br>MERCHANT CASH CLOUD,<br><br>            Defendants. | Case No.: 2:15-cv-04500 SVW (MRWx)<br><br>Action Filed : 06-15-2015<br>Pre-Trial Date: [TBD]<br>Trial Date: [TBD]<br><br>**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT EAGLEPHILLIPS, LLC, A FLORIDA LIMITED LIABILITY COMPANY DOING BUSINESS AS MERCHANT CASH CLOUD**<br><br>Federal Rule of Civil Procedure 7.1<br><br>[Filed Concurrently With:<br>  -  Answer to Complaint; and<br>  -  Notice of Interested Parties] |



TO THE COURT, TO THE PLAINTIFF AND PUTITIVE CLASS MEMBERS, THEIR ATTORNEYS OF RECORD, AND ALL OTHER INTERESTED PARTIES HEREIN:

PLEASE TAKE NOTICE that the undersigned counsel of record for Defendant EaglePhillips, LLC, a Florida limited liability company doing business as Merchant Cash Cloud makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

EaglePhillips, LLC is a Florida limited liability company with its principal place of business in Miami Lakes, Florida.

EaglePhillips, LLC does business under the registered fictitious business name, "Merchant Cash Cloud". Merchant Cash Cloud's principal place of business is also in Miami Lakes, Florida.

Dated: July 31, 2015                          VAN RIPER LAW

By:   */s/ DAVID A. VAN RIPER*
DAVID A. VAN RIPER
Attorneys for Defendant
EaglePhillips, LLC,
a Florida limited liability company
doing business as Merchant Cash
Cloud

