# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON ALAN,** Individually, And On Behalf Of All Others Similarly Situated, | Case No. 2:15-cv-04500-SVW-MRW |
| Plaintiff, | **ORDER** |
| v. | |
| **MERCHANT CASH CLOUD**, et al, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

Dated this ____ day of February, 2016

_____
The Honorable Stephan V. Wilson