FILED
CLERK, U.S. DISTRICT COURT

Feb 3, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALAN, Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MERCHANT CASH CLOUD, et al, <br><br> Defendant. | Case No. 2:15-cv-04500-SVW-MRW <br><br> ORDER |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

Dated this __3rd__ day of February, 2016

*[signature]*
_____
The Honorable Stephan V. Wilson

Order to Dismiss - 1